E-FILED
Friday, 31 July, 2026  10:44:22 AM
Clerk, U.S. District Court, ILCD

PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Demoney T. Coleman

Case Number:  18CR10058

Name of Sentencing Judicial Officer:  James E. Shadid

Date of Original Sentence:  07/23/2019

Original Offense:

Felon in Possession of a Firearm

03/12/2021: Correction of sentence on remand under 18 U.S.C. 3742(f)(1) and (2). Coleman re sentenced to 72 months custody served consecutive to Peoria County Case 17-CF-336, 3 years supervised release.

Original Sentence:  72 months custody served consecutive to Peoria County Case 17-CF-336, 3 years supervised release.

Type of Supervision:  Supervised Release          Date Supervision Commenced:  11/11/2026

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

Add the following condition:

CONDITION NO. 11: The defendant must submit to a search of his person, property, electronic devices or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, or firearms, gang activity, and stolen property, at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

PROB 12B
(7/93)

## CAUSE

Demoney Coleman is currently an inmate of the Federal Bureau Prisons. Mr. Coleman submitted and was approved to relocate his term of supervised release to the Western District of Oklahoma. As a condition of acceptance of Mr. Coleman's supervised release, the Western District of Oklahoma has requested the above noted condition be added.

Assistant United States Attorney Douglas McMeyer has been advised of the modification and has no objections. This modification has been explained to Mr. Coleman, he understood his rights to a hearing and counsel. He waived his rights to counsel and a hearing, and has agreed to the proposed modification. Mr. Coleman's signed Waiver of Hearing is attached for the Court's review.

Respectfully submitted,

by        *Alec Gerdes*        Digitally signed by Alec Gerdes
                               Date: 2026.07.30 14:38:17
                               -05'00'

U.S. Probation Officer

Date:    07/30/2026

---

THE COURT ORDERS:

☐  No action.

☐  The extension of supervision as noted above.

☒  The modification of conditions as noted above.

☐  Other

Signature of Judicial Officer

7/30/26
Date